

# Fourth Court of Appeals
## San Antonio, Texas

September 7, 2021

No. 04-21-00325-CV

**ISI CONTRACTING, INC**. and Guerra Construction,
Appellants

v.

Naomi **MARKHAM,** Carrie Markham, and Trevor Markham, Individually and as the
Administrator of the Estate of Joslyn Markham, Deceased,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI01166
Honorable Antonia Arteaga, Judge Presiding

## O R D E R

Appellants' briefs are currently due on September 9, 2021. On September 3, 2021, appellants filed an unopposed motion requesting an extension of time to file the briefs until September 21, 2021. After consideration, we **GRANT** appellants' motion and **ORDER** them to file their briefs **by September 21, 2021**.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of September, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court